IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2005 MAY -3  AM 10: 14

OFFICE OF THE CLERK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:99CR3081 |
| v. | ) | |
| JOHN CHARLES PETERSON, | ) | ORDER CONTINUING SENTENCING HEARING |
| Defendants. | ) | |

For the reasons stated at the hearing on May 2, 2005,

IT IS ORDERED that the sentencing hearing is continued until August 2, 2005, at 12:15 p.m. in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska.

Dated May 3, 2005.

BY THE COURT

Warren K. Urbom
United States Senior District Judge