IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:99CR3081 |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN CHARLES PETERSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to the hearing on Defendant's Revocation of Probation held on August 2, 2005,

IT IS ORDERED that the Petition for Offender Under Supervision, filing #88, is dismissed. The defendant is to follow the same terms and conditions of his supervised release.

DATED this 2nd day of August, 2005.

BY THE COURT:

s/ Warren K. Urbom
Senior United States District Judge