IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:99CR3081 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JOHN CHARLES PETERSON, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that a revocation hearing is set to commence at 10:00 a.m. on November 28, 2006, before the Hon. Warren K. Urbom, United States Senior Judge, in Courtroom #4, United States Courthouse, Lincoln, Nebraska.

    Dated: October 16, 2006.

BY THE COURT

s/ David L. Piester
_____
United States Magistrate Judge